IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NELSON MARROQUIN GABRIEL          :          CIVIL ACTION
                                   :
              v.                   :
                                   :
J. L. JAMISON, Warden of the Federal   :
Detention Center, Philadelphia, ET AL.   :          NO. 26-2898

## ORDER

**AND NOW**, this 13th day of May, 2026, the Government having certified its compliance

with Paragraph 3 of our Order dated May 6, 2026, **IT IS HEREBY ORDERED** that the Clerk of

Court shall mark this case **CLOSED**.


                                        BY THE COURT:


                                        /s/ John R. Padova, J.

                                        _____

                                        John R. Padova, J.